UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DUSTIN MICHAEL VOSS,

        Plaintiff,        Case No. 1:24-cv-990

v.        Honorable Phillip J. Green

RANDEE REWERTS, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:  October 22, 2024        /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge